UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


ROBERT R. GAGNE                                                                                              PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:06cv711-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                       DEFENDANTS
AND JOHN DOES 1-10


### ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

Defendant State Farm's [10] Motion to Dismiss Counts Eight, Nine, and Ten of the Complaint is **GRANTED**, and said counts are hereby dismissed;

To the extent Defendant State Farm may have sought to dismiss Count Three of the Complaint, that portion of the [10] Motion to Dismiss is **DENIED**;

Defendant State Farm's [12] Motion for More Definite Statement is **MOOT**.

**SO ORDERED** this the 16th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge